1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUITA MARIE QUESADA,<br><br>                              Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of<br>Social Security,<br><br>                            Defendant. | Case No.:  19CV1280-KSC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS [DOC. NO. 3]** |

On July 10, 2019, plaintiff Marquita Marie Quesada commenced an action against Andrew M. Saul, the Acting Commissioner of Social Security, seeking review of a final adverse decision of the Commissioner. [Doc. No. 1.] Plaintiff also filed an Application to Proceed with her Complaint in forma pauperis. [Doc. No. 3.]

A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a).  The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981) (internal quotations omitted).

A party need not be completely destitute to proceed in forma pauperis. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–340 (1948). An affidavit is sufficient if it shows that the applicant cannot pay the fee "and still be able to provide himself [or herself] and dependents with the necessities of life." *Id.* (internal quotations omitted).

Here, plaintiff's application states that she is unemployed and has limited income and assets. Her monthly income totals $935.00, which includes $300.00 in food stamps and $635.00, which is described as general relief. [Doc. No. 3, p. 2.] She has no savings or assets. [*Id.*, pp. 2-3.] Her fourteen month old son relies on her for financial support. [*Id.*, p. 3.] Her monthly expenses, which include housing, utilities, food, diapers and baby supplies, transportation, insurance and a credit card payment total $1046.00. [*Id.*, pp. 4-5.] Therefore, the Court finds that plaintiff has sufficiently shown she lacks the financial resources to pay her filing fee. Accordingly,

IT IS HEREBY ORDERED THAT plaintiff's Application to Proceed with his Complaint in forma pauperis is GRANTED. [Doc. No. 3.]

Dated: July 17, 2019

Hon. Karen S. Crawford
United States Magistrate Judge

19CV1280-KSC